Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–22574–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mary R Myers
    72 Thirteenth Street
    Hazlet Township, NJ 07734
Social Security No.:
    xxx–xx–0893
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/6/17
Time:              10:00 AM
Location:              Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 6, 2017
JAN: gan

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22574-CMG
Mary R Myers                                                              Chapter 13
             Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1             Date Rcvd: Jul 06, 2017
                              Form ID: 132           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db          +Mary R Myers,    72 Thirteenth Street,   Hazlet Township, NJ 07734-3081
516891785   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516891784   +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516891787   +Citibank/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
516891786   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
             S Louis, MO 63179-0040
516891794   +PNC Bank Credit Card,   Po Box 5570,   Mailstop BR- YB58-01-5,   Cleveland, OH 44101-0570
516891795   +PNC Bank Credit Card,   1 Financial Pkwy,   Kalamazoo, MI 49009-8003
516891792   +Pnc Bank,   Attn: Bankruptcy,   249 5th Ave Ste 30,   Pittsburgh, PA 15222-2707
516891793   +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516891800   +Usaa Savings Bank,   Po Box 47504,   San Antonio, TX 78265-7504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:13     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 22:58:10     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516891788   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 06 2017 22:57:27     Kohls/Capital One,
             Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
516891789   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 06 2017 22:57:28     Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
516891791    E-mail/Text: camanagement@mtb.com Jul 06 2017 22:57:58     M & T Bank,   1 Fountain Plz,
             Buffalo, NY 14203
516891790    E-mail/Text: camanagement@mtb.com Jul 06 2017 22:57:58     M & T Bank,   Po Box 844,
             Buffalo, NY 14240
516894841   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 22:55:23     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516891796   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 22:55:23     Synchrony Bank/ JC Penneys,
             Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516891797   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 22:55:23     Synchrony Bank/ JC Penneys,
             Po Box 965007,   Orlando, FL 32896-5007
516891798   +E-mail/Text: bankruptcy@td.com Jul 06 2017 22:58:15     TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,   Lewiston, ME 04240-7799
516891799   +E-mail/Text: bankruptcy@td.com Jul 06 2017 22:58:15     TD Bank, N.A.,   70 Gray Rd,
             Portland, ME 04105-2299
                                                                                      TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Paul H. Young   on behalf of Debtor Mary R Myers ykassoc@gmail.com,
          lesliebrown.paralegal@gmail.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 4