# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  :  Case no.: _____17-22574_____

Mary R Myers  :  Chapter: _____13_____

 :  Judge: _____Gravelle_____

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☒ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
72 Thirteenth Street, Hazlet Township, New Jersey

JEANNE A. NAUGHTON, Clerk

Date: 7/28/2021          By: Gary A. Nau

*rev.2/10/17*