UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Hearing Date:

Judge:      Christine M. Gravelle

ORDER VACATING CERTIFICATION OF NO OBJECTION

The relief set forth on the following page, numbered two (2)     is hereby **ORDERED**.

**DATED: July 28, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# CERTIFICATION OF NO OBJECTION

**By**
The Court, on its own motion, finds that the
entered in the above captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said