UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mary R Myers

Case No.:    17-22574-CMG

Hearing Date:

Judge:    Christine M. Gravelle

## ORDER VACATING CERTIFICATION OF NO OBJECTION

The relief set forth on the following page, numbered two (2)    is
hereby **ORDERED**.

**DATED: July 28, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# CERTIFICATION OF NO OBJECTION

**By**  The Court  entered on  7/28/21

The Court, on its own motion, finds that the CERTIFICATION OF NO OBJECTION
entered in the above captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said  CERTIFICATION OF NO OBJECTION

be and the same is hereby vacated.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 17-22574-CMG

Mary R Myers                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 2

Date Rcvd: Jul 28, 2021                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary R Myers, 72 Thirteenth Street, Hazlet Township, NJ 07734-3081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Mary R Myers aarcher@spillerarcherlaw.com<br>bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                    User: admin                    Page 2 of 2
Date Rcvd: Jul 28, 2021                 Form ID: pdf903                 Total Noticed: 1
TOTAL: 6