UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor USAA Federal Savings Bank

In Re:

Mary R Myers

Debtor,

Case No.: 17-22574-CMG

Adversary No.: _____

Chapter: 13

Judge: Christine M. Gravelle

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     USAA Federal Savings Bank
(Example: John Smith, creditor)

      Old address:    USAA Federal Savings Bank
                                C/O Weinstein & Riley, PS
                                2001 Western Ave, Suite 400
                                Seattle, WA 98121

      New address:   (Notices) USAA Federal Savings Bank
                                c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                10700 Abbott's Bridge Road, Suite 170
                                Duluth, GA  30097
                                Phone: 470-321-7112

                                (Payments) Credit Card Payment Processing - USAA Federal Saving Bank
                                c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                PO Box 272410
                                Boca Raton, FL  33427
                                Phone: 561-241-6901

      New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   11/29/2021                            /s/ Harold Kaplan
                                                    Signature

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 1, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Mary R Myers
91 Santa Cruz Road
Tuckerton, NJ 08087

And via electronic mail to:

Andrew Thomas Archer
Brenner Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Stephanie Mikos

*rev.2/1/16*