**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mary R Myers<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0893<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–22574–CMG | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary R Myers

<u>3/18/22</u>                                                                 **By the court:** <u>Christine M. Gravelle</u>
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Mary R Myers  
    Debtor

Case No. 17-22574-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 18, 2022      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary R Myers, 546 NW Kilpatrick Avenue, Port St. Lucie, NJ 34983-8719 |
| r | + | Francisco V. DaSilva, Jr., Keller Williams E. Monmouth Realty, 750 Broad Street, Shrewsbury, NJ 07702-4230 |
| sp | + | George Cretella, Esq., 105 Reids Hill Road, Suite C, Aberdeen, NJ 07747-4003 |
| r | + | Josephine Schiffres, RE/MAX Imperial, 684 Holmdel Road, Hazlet, NJ 07730-1439 |
| 516891794 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 516891795 | + | PNC Bank Credit Card, 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 516891792 | + | Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 517037523 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517040907 | + | TD Bank, N.A., c/o Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 18 2022 20:22:00 | USAA Federal Savings Bank, RAS Crane, LLC, 10700 Abbott's Bridge Road, suite 170, Duluth, GA 30097-8461 |
| 516993022 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:25:50 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516891785 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:36:07 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516891784 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:25:55 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517100001 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:36:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516891787 | + | EDI: CITICORP.COM | Mar 19 2022 00:18:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516891786 | + | EDI: CITICORP.COM | Mar 19 2022 00:18:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517143612 | | EDI: Q3G.COM | Mar 19 2022 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516891789 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 18 2022 20:22:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516891788 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 18 2022 20:22:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |

| | | | | |
|---|---|---|---|---|
| 516891791 | | Email/Text: camanagement@mtb.com | Mar 18 2022 20:22:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 516891790 | | Email/Text: camanagement@mtb.com | Mar 18 2022 20:22:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 516948607 | | Email/Text: camanagement@mtb.com | Mar 18 2022 20:22:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 517118560 | + | EDI: MID8.COM | Mar 19 2022 00:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 517099385 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2022 20:22:00 | PNC Bank National Association, PO Box 94982, Cleveland, OH 44101 |
| 517090045 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2022 20:22:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 516891793 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2022 20:22:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 517127787 | | EDI: PRA.COM | Mar 19 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516894841 | + | EDI: RMSC.COM | Mar 19 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516891796 | + | EDI: RMSC.COM | Mar 19 2022 00:18:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516891797 | + | EDI: RMSC.COM | Mar 19 2022 00:18:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 516891799 | | EDI: TDBANKNORTH.COM | Mar 19 2022 00:18:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 516891798 | | EDI: TDBANKNORTH.COM | Mar 19 2022 00:18:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517149987 | + | Email/Text: RASEBN@raslg.com | Mar 18 2022 20:22:00 | USAA Savings Bank, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 516891800 | | EDI: USAA.COM | Mar 19 2022 00:18:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022    Signature:    /s/Joseph Speetjens

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 3180W | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Mary R Myers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com informationathnk@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7